# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| TIMOTHY GREEN, Register No. 509735, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 08-4047-CV-C-NKL |
| DAVE DORMIRE, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

On May 7, 2009, United States Magistrate Judge William A. Knox recommended that the motions of defendants Sally Taylor, James Bennet, Missouri Department of Corrections, Missouri Department of Mental Health, Shelley Moore, and Mark Schmitz to dismiss be granted. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including plaintiff's May 22, 2009 supplemental suggestions in opposition to the motion to dismiss, and his May 29, 2009 exceptions to the recommendation. The issues raised in plaintiff's filings were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of May 7, 2009, is adopted. [125] It is further

ORDERED that the motions of defendants Sally Taylor, James Bennet, Missouri Department of Corrections, Missouri Department of Mental Health, Shelley Moore, and Mark

Schmitz to dismiss are granted and plaintiff's claims against these defendants are dismissed for failure to state a claim on which relief may be granted. [81, 83, 87]

/s/ Nanette Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: 6-12-09
Jefferson City, Missouri